IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIANA WISE, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br>   v.<br><br>CAPITAL ONE FINANCIAL CORPORATION and CAPITAL ONE, N.A.,<br><br>      Defendants. | Case No. 3:24-cv-00941-RJD |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Diana Wise hereby voluntarily dismisses her claims in the above captioned action against Defendant without prejudice. In the event of a future recovery in this action, nothing in the foregoing shall prevent Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgement as an absent class member.

Dated: August 23, 2024                              Respectfully submitted,

/s/ David S. Almeida
David S. Almeida (ARDC 6285557)
Britany A. Kabakov (ARDC 6336126)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
(t) 312-576-3024
david@almeidalawgroup.com
britany@almeidalawgroup.com

*Attorneys for Dismissing Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, David S. Almeida, an attorney, hereby certify that on August 23, 2024, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

                                      */s/ David S. Almeida*